DEFENDANT:        Mohammed Sabry SOLIMAN

YOB:              1979

ADDRESS
(CITY/STATE):     Colorado Springs, CO

 OFFENSE(S):      18 U.S.C. § 249(a)(1), (2) - Hate crime involving actual or perceived race, religion, or national origin

LOCATION OF
OFFENSE:          Boulder County, Colorado

PENALTY:          NMT 10 years' imprisonment; NMT 5 years' supervised release; NMT $250,000 fine; $100 Special Assessment

AGENT:            Jessica Krueger
                  Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Melissa Hindman
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days

THE GOVERNMENT **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:        _____ Yes      __X__No

6