IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

**MOHAMMED SABRY SOLIMAN**,

   Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   United States of America

DATED at Denver, Colorado this 1st day of July, 2025.

    Laura Cramer-Babycz
    Name of Attorney
    United States Attorney's Office
    Firm Name
    1801 California Street, Suite 1600
    Office Address
    Denver, CO, 80202
    City, State, ZIP Code
    303-454-0100
    Telephone Number
    Laura.Cramer-Babycz@usdoj.gov
    Primary CM/ECF E-mail Address

                              PETER MCNEILLY
                              United States Attorney

By:   *s/ Laura Cramer-Babycz*
       Laura Cramer-Babycz
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax: 303-454-0401
       E-mail: Laura.Cramer-Babycz@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2025, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                            By: s/ *Portia Peter*
                                            PORTIA PETER
                                            Legal Assistant
                                            U.S. Attorney's Office
                                            1801 California Street, Suite 1600
                                            Denver, CO 80202
                                            Telephone: 303-454-0100
                                            Fax: 303-454-0401
                                            E-mail: Portia.Peter@usdoj.gov