IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

    Defendant.

## UNOPPOSED MOTION TO MAINTAIN ECF 49 AND ECF 50 UNDER LEVEL TWO RESTRICTION

    Defendant, Mohammed Sabry Soliman ("Mr. Soliman"), by and through undersigned counsel, hereby respectfully moves the Court to file ECFs 49 and 50 under Level Two Restriction, limiting access to the filing party, the defendant, the government, and the Court. *See* D. C. Colo. L. Cr. R. 47.1(b). This motion is accompanied by a restricted brief as required by Local Criminal Rule 47.1(c).

    The parties have conferred and the government does not oppose the request to maintain these two filings under Level Two Restriction.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT

*s/ Jennifer Beck*
JENNIFER BECK

*s/ Kelly Christl*
KELLY CHRISTL

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Email: Jennifer_Beck@fd.org
Email: Kelly_Christl@fd.org
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I filed the foregoing ***Unopposed Motion to Maintain ECF 49 and ECF 50 Under Level Two Restriction*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email:  melissa.hindman@usdoj.gov

Sarah E. Howard, Assistant United States Attorney
Email: sarah.howard2@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant