IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-cr-00194-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MOHAMMED SABRY SOLIMAN,

       Defendant.

---

## MOTION TO MAINTAIN ECF 81 AND ECF 82
## UNDER LEVEL TWO RESTRICTION

---

Defendant, Mohammed Sabry Soliman ("Mr. Soliman"), by and through undersigned counsel, hereby respectfully moves the Court to maintain ECFs 81 and 82 under Level Two Restriction, limiting access to the filing party, the defendant, the government, and the Court. *See* D. C. Colo. L. Cr. R. 47.1(b). This motion is accompanied by a restricted brief as required by Local Criminal Rule 47.1(c).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT

*s/ Jennifer Beck*
JENNIFER BECK

*s/ Kelly Christl*
KELLY CHRISTL

Assistant Federal Public Defenders
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Email: Jennifer_Beck@fd.org
Email: Kelly_Christl@fd.org
Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2026, I filed the foregoing ***Motion to Maintain ECF 81 and ECF 82 Under Level Two Restriction*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Melissa E. Hindman, Assistant United States Attorney
Email:  melissa.hindman@usdoj.gov

Sarah E. Howard, Assistant United States Attorney
Email: sarah.howard2@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Mohammed Sabry Soliman (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant