IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Criminal Case No.: 25-cr-00194-JLK
Courtroom Deputy: Laura Galera
Interpreter: Karwan Jabbar and Karima Marzaq-Sager
Probation: Ryan Kinsella

Date: October 29, 2026
Court Reporter: Kevin Carlin

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | Melissa Hindman<br>Daniel Porter<br>Khalil Quinan<br>Sarah Howard |
| v. | |
| MOHAMMED SABRY SOLIMAN,<br><br>Defendant. | David Kraut<br>Jennifer Wickens<br>Kelly Christl |

## COURTROOM MINUTES

### CHANGE OF PLEA HEARING

**10:04 a.m. Court in session.**

Appearances of counsel. Defendant is present in custody.

Interpreters sworn.

Defendant sworn.

An Information, Waiver of Indictment and Plea Agreement are tendered to the court.

The Court finds the defendant is competent to proceed with the hearing.

Defendant advised regarding the Waiver of Indictment.

The Court accepts the Waiver of Indictment.

Defendant advised on the summary of the agreement, essential elements of the offense, required facts, trial rights, penalties, sentencing guidelines, appellate rights, and other constitutional rights.

Defendant enters a plea of guilty to Counts #1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11 and #12 of the Information.

The Court states its findings of fact and conclusions of law.

**ORDERED:** The plea agreement is accepted and the defendant is adjudged guilty of Counts 1-12 of the Information.

**ORDERED:** Court Exhibit 1 is admitted.

**ORDERED:** The Probation Office shall conduct a presentence investigation and file a presentence report.

**ORDERED:** All pre-trial hearings and the trial setting in this case, other than the sentencing date are hereby vacated.

**ORDERED:** Sentencing is set for **January 7, 2027, at 10:30 a.m.** in Courtroom A802 before Judge John L. Kane.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

**10:58 a.m. Court in recess.**

Hearing concluded.
Total time in court: 00:54